UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

LISA K. WIEDOWER,

    Plaintiff,

v.

USA,

    Defendant.                      No. 15-cv-411-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on April 18, 2016 (Doc. 28), this case is **DISMISSED** with prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:    /s/*Caitlin Fischer*
       Deputy Clerk

Dated: April 18, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.04.18 16:17:55 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT